

NUMBER 13-20-00307-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LANDZONE, INC.,                                                        Appellant,

v.

TODD L. KEATON AND
BETH A. KEATON,                                                        Appellees.

On appeal from the 25th District Court
of Lavaca County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Memorandum Opinion by Chief Justice Contreras**

This cause is before the Court on a joint agreement to dismiss which is hereby construed as a motion to dismiss. The parties have reached an agreement and request that the appeal be dismissed as part of the settlement.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal, appellant's motion for mandamus review that was previously carried is now DISMISSED as moot.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
21st day of January, 2021.